THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jimmy Clayton Walker, Appellant.
 
 
 

Appeal from Greenville County
 James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-242
Submitted May 1, 2007  Filed May 17, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Jimmy Clayton Walker appeals his conviction for threatening a public official and the consequent twenty month sentence. Walker contends the trial judge erred in refusing to quash his indictment.  Walkers counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  Additionally, Walker filed a pro se response brief, reiterating the appellate counsels argument and further contending (1) the prosecution withheld material evidence; (2) he should be granted relief for excessive use of force by the arresting officer; (3) two State witnesses offered improper lay opinions; (4) he is actually innocent of the charge; and (5) the warrant upon which he was arrested is facially invalid.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Walkers appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.